UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAVIER E. IRIZARRY,

Plaintiff,

v.

ONLY DEALS CLOSEOUT SUPERSTORE,

Defendant.

CIVIL FILE NO. 01-718 ADM/AJB

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the Application to Proceeding Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☒ GRANTED

☒ The Clerk is directed to file the Complaint.

☒ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: May 10, 2001.

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed MAY 10 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______