UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Javier E. Irizarry,

Plaintiff,

v.

Only Deals Closeout Superstore,

Defendant.

Civil File No.: 01-718 ADM/AJB

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

WHEREAS, the parties hereto desire, by execution hereof, to fully and finally resolve the subject matters of this action;

NOW, THEREFORE, it is stipulated and agreed between the plaintiff and defendant and any and all of their heirs, successors and assigns, that the above-entitled action, may be and hereby is dismissed with prejudice, and on the merits, without further costs to any party and that a judgment of dismissal with prejudice, and on the merits may be entered pursuant to this Stipulation and without further notice.

Dated: 3/16/02

Javier E. Irizarry
Javier E. Irizarry
Plaintiff – *Pro Se*

FILED 4-8 02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: ______________________

Harriet Bilford, Esq.
Universal International, Odds-N-Ends, Inc.
4000 East Union Pacific Avenue
Commerce, CA 90023

Attorney for Defendant

751386.1

## ORDER

Upon stipulation of the parties,

IT IS ORDERED that the above-captioned matter be, and hereby is dismissed with prejudice.

Dated: April 8, 2002

BY THE COURT:

The Honorable Ann D. Montgomery